COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983.

NAME __WEAVER_____WILLIE__ __
         (LAST)        (FIRST)    (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS — PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CV  2481 JW

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

THIRD WATCH WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS C/O MOUSER MEDICAL
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____ (PR)
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)
   A. PLACE OF PRESENT CONFINEMENT P.S.4
   B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
   C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
   D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY _ WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA, 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
THIRD WATCH WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, C/O MOUSER MEDICAL.

COMPLAINT - 3 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 05/07/08, Correctional Officer Houser put in a dinner thay that wasn't healthy, plaintiff threw up vomit his dinner later, he got dizzy headache pains, Medical is also responseble on 05/07/08 there was no medical assistances on 05/07/08 from M.T.A, there was no assistances from Control Officer Diaz, the defendant's showed deliberate indifference under the eight amendment that constitute

IV. RELIEF cruel unusual punishment
Your complaint cannot go forward unless you request specific relief.
State briefly exactly what you want are the court to do for you. Make no legal arguments, cite no cases or statutes.

Liability Damages: 50.000 fifty thousand dollars due to: conspiracys, harrassment's, U.S. Constitution violation.

Punitive Damages: 50.000 due to: mental anguish, stress disorder.

I declare under penalty of perjury that the forgoing is true and correct.
Signed this 05 day of 10 20 08
COMPLAINT             -3-